

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00352-CV

| | | |
|---|---|---|
| CHICO AUTO PARTS & SERVICE, INC., Appellant | § | On Appeal from the 342nd District Court |
| | § | of Tarrant County (342-269821-13) |
| V. | § | July 3, 2019 |
| | § | |
| MARY MAXEY, Appellee | | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Chico Auto Parts & Service, Inc., shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Dabney Bassel_____
    Justice Dabney Bassel